UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Labowitz, et al., <br><br>             Plaintiffs, <br><br>   vs. <br><br>Bird Rides, Inc., et al., <br><br>             Defendants. | Case No. 2:18-cv-09329-MWF-SK <br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Mia Labowitz, Brenda Core, and James Shayler ("Plaintiffs"), and Defendants Neutron Holdings, Inc., Bird Rides, Inc., Lyft, Inc., Uber Technologies, Inc., the City of Santa Monica, and the City of Los Angeles (together, the "Dismissed Defendants"), hereby stipulate to the voluntary dismissal with prejudice of Plaintiffs' Second Amended Complaint in its entirety as well as all of Plaintiffs' claims against the Dismissed Defendants, with each party to bear his, her, or its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: March 12, 2021. <br> MORGAN, LEWIS & BOCKIUS LLP <br><br> */s/ Anne Marie Estevez* <br> Anne Marie Estevez <br> 200 S. Biscayne Boulevard, Suite 5300 <br> Miami, FL 33131 <br> T: (305) 415-3330 <br> annemarie.estevez@morganlewis.com <br> *Counsel for Defendant Neutron Holdings, Inc. and Co-Counsel for City of Santa Monica* | Dated: March 12, 2021. <br> KEMP JONES, LLP <br><br> */s/ Spencer H. Gunnerson* <br> Spencer H. Gunnerson <br> 3800 Howard Hughes Pkwy., #1700 <br> Las Vegas, NV 89169 <br> T: (702) 385-6000 <br> s.gunnerson@kempjones.com <br> *Counsel for Plaintiffs Mia Labowitz, Brenda Core, and James Shayler* |

| | |
|---|---|
| Dated: March 12, 2021.<br>MAYER BROWN LLP | Dated: March 12, 2021.<br>ORBACH HUFF SUAREZ + HENDERSON LLP |
| */s/ Bronwyn F. Pollock*<br>Bronwyn F. Pollock<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>T: (213) 229-9500<br>bpollock@mayerbrown.com<br>*Counsel for Defendant*<br>*Bird Rides, Inc. and Co-Counsel*<br>*for City of Santa Monica* | */s/ Kevin E. Gilbert*<br>Kevin E. Gilbert, Esq.<br>6210 Stoneridge Mall Road, Suite 210<br>Pleasanton, CA 94588<br>T: (510) 999-7908<br>kgilbert@ohshlaw.com<br>*Counsel for Defendant*<br>*City of Los Angeles* |
| Dated: MARCH 12, 2021.<br>SEYFARTH SHAW LLP | Dated: March 12, 2021.<br>DUANE MORRIS LLP |
| */s/ Kristina M. Launey*<br>Kristina M. Launey (SBN 221335)<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone: (916) 448-0159<br>klauney@seyfarth.com<br>*Counsel for Defendant*<br>*Lyft, Inc.* | */s/ Sean Patterson*<br>Sean Patterson, Esq.<br>Spear Tower, One Market Plaza<br>Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3000<br>cspatterson@duanemorris.com<br>*Counsel for Uber Technologies, Inc.*<br>*d/b/a Jump* |

## **Local Rule 5.4.3.4(a)(2) Certification**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

*/s/ Spencer H. Gunnerson*